THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO FLORES, Appellant. [918 NYS2d 48]—

Concur—Andrias, J.P., Catterson, Moskowitz, Abdus-Salaam and Román, JJ.